1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVIER DIMAS-ALCANTARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-cr-322 KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) PRELIMINARY HEARING AND SET FOR |
| v. | ) ARRAIGNMENT |
| JAVIER DIMAS-ALCANTARA, | ) Date: October 15, 2013 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Honorable Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for JAVIER DIMAS-ALCANTARA, that the preliminary hearing date of October 7, 2013 be vacated, and the matter be set before the duty magistrate for arraignment on the Indictment on October 15, 2013 at 2:00 p.m.

The reason for this continuance is because counsel will be in a trial (*US v. Stamper*, 11-407 KJM) which commences at 1:30 p.m. on October 7, 2013 before the Honorable Kimberly J. Mueller.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 15, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

/ / /

| | |
|---|---|
| DATED: October 2, 2013 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for JAVIER DIMAS-ALCANTARA |
| DATED: October 2, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Matthew M. Scoble for*<br>NIRAV DESAI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 7, 2013, preliminary hearing is continued to October 15, 2013 at 2:00 p.m. before the duty magistrate judge for an arraignment on the Indictment. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 15, 2013 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 3, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE