BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

SEP 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAVIER DIMAS-ALCANTARA,<br>  aka Javier Dimas Alcantar,<br>  aka Javier Dimas,<br>  aka Armando Z. Hernandez,<br>  aka Armando Zamora Hernandez,<br>  aka Joel Lopez,<br>  aka Dimas Javier,<br>  aka Joel Alcantar-Lopez,<br>  aka Joel Alcatar Lopez,<br>  aka Rogelio Dimas Alcantar,<br><br>    Defendant. | CASE NO. 2:13-CR-0322 KJM<br><br>[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the plea agreement in this case, the government's two-page sentencing letter pertaining to the defendant, and the Government's Request to Seal shall be SEALED until further order of this Court.

///

///

///

///

1   It is further ordered that access to the sealed documents shall be limited to the government and
2   counsel for the defendant.
3   IT IS SO ORDERED.

5   Dated: 9/10/14

THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE